■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE BROWN, Appellant. [755 NYS2d 237] —Judgment, Supreme Court, New York County (William Leibovitz, J.), rendered September 7, 2000, convicting defendant, after a jury trial, of course of sexual conduct against a child in the second degree and endangering the welfare of a child, and sentencing him to concurrent terms of seven and one years, respectively, unanimously affirmed.

The court properly exercised its discretion in precluding cross-examination of the victim regarding alleged prior sexual abuse by persons other than defendant, since there was a lack of proof that any of these incidents constituted false allegations and since defendant made no showing that the circumstances of these unrelated allegations bore a "significant probative relation" to the instant charges (*People v Mandel*, 48 NY2d 952, 953 [1979], *cert denied* 446 US 949 [1980]). Accordingly, there was no violation of defendant's right of confrontation (*see Delaware v Van Arsdall*, 475 US 673, 678-679 [1986]).

We perceive no basis for reducing the sentence. Concur—Nardelli, J.P., Andrias, Saxe, Williams and Marlow, JJ.